UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:26-cv-03528-FLA-CTS** Date: **July 30, 2026**

Title **Jace King v. California Highway Patrol, et al.**

Present: The Honorable Christina T. Shay, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Not present | Not present |

**Proceedings (In Chambers): Order to Show Cause Regarding Failure to File Proof of Service**

On February 13, 2026, Plaintiff Jace King ("Plaintiff") commenced this action in the Superior Court of California, County of Los Angeles, against Defendants California Highway Patrol ("CHP") and four CHP officers—Dulong, Ho Yi, Andrew McAllister, and one unidentified officer (collectively, "Officers"). (*See* ECF No. 1 at 2.[1]) On March 3, 2026, service of the summons and complaint was effectuated on CHP. (*Id.*) On April 1, 2026, CHP answered the complaint in Superior Court (*id.* at 23–28) and removed the action to this Court (*id.* at 4). CHP represented in its Notice of Removal that it was not aware of service having been effected on any of the Officers. (*Id.* at 3.)

On April 27, 2026, Magistrate Judge Steve Kim issued an Initial Case Management Order. ("CMO," ECF No. 6.) In the CMO, Plaintiff was ordered to (1) serve the summons and complaint (or obtain waivers of such service of process) on all named defendants by May 18, 2026, and (2) file proof of service within three days of the date of service. (*Id.* at 1.) Plaintiff was warned that if service was not completed by that deadline, the Court might dismiss the action in whole or against any unserved defendants. (*Id.*)

On June 15, 2026, Magistrate Judge Christina T. Shay ordered Plaintiff to show cause, no later than July 29, 2026, why the Court should not dismiss this action against the Officers for Plaintiff's failure to file a proof of service for each Officer. ("OSC," ECF No. 8.) Plaintiff was warned that failure to do so could result in a recommendation that this case be dismissed against the Officers. (*Id.* at 2.) On July 24, 2026, Plaintiff filed a proof of service indicating that CHP—not the Officers—had been served with the complaint. (ECF No. 10.) Thus, Plaintiff failed to demonstrate that service has been effected on the Officers.

Accordingly, Plaintiff is again **ORDERED TO SHOW CAUSE, within 14 days of the date of entry of this order**, why the Court should not dismiss this action against the Officers. Plaintiff

[1] Pinpoint citations refer to the page numbers in the CM/ECF-generated headers of filed documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:26-cv-03528-FLA-CTS** Date: **July 30, 2026**

Title **Jace King v. California Highway Patrol, et al.**

may discharge this Order by filing a proof of service for each of the Officers. Failure to do so could result in a recommendation that this case be dismissed as to any Officer who remains unserved by that deadline.

It is so ordered.